

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00651-CV

Philip Wayne **HINDES** and Melinda Hindes Eustace,
Appellants

v.

**LA SALLE COUNTY, TEXAS**; the Honorable Joel Rodriguez, Jr., in his official capacity as County Judge, La Salle County, Texas; and the Honorable Raul Ayala, in his official capacity as County Commissioner, Precinct 4, La Salle County, Texas,
Appellees

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 12-09-00179-CVL
Honorable Dick Alcala, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. Costs of the appeal are taxed against appellants Philip Wayne Hindes and Melinda Hindes Eustace.

SIGNED August 26, 2015.

_____
Rebeca C. Martinez, Justice